# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONEY A. GALLO

NO. 2024 KW 1320

**FEBRUARY 24, 2025**

---

In Re:     Toney A. Gallo, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801969.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT DENIED.**

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT